# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:04cr75/RV

DAWN N. ZUCCO

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   October 4, 2006

Motion/Pleadings:   MOTION for Early Termination of Probation for DAWN N ZUCCO (2) Counts 2, 3

Filed by   Defendant   on 09/02/2006   Doc.#   79

RESPONSES:

  United States   on  09/03/2006   Doc.#   78

  _____   on _____   Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

     s/Jerry Marbut

LC (1 OR 2)     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   19th day of   October  , 2006, that:*

*(a) The relief requested is DENIED.*

*(b) _____*

    /s/ *Roger Vinson*

    ***ROGER VINSON***
    ***Senior United States District Judge***